UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No. 15-20234-CR-COOKE
**15-20840-CR-COOKE** ✓

UNITED STATES OF AMERICA,
Plaintiff

v.

SALOMON BENDAYAN,
Defendant.

### ORDER ON MOTION TO SEAL

This matter came before the Court on the Defendant's *Motion to Seal (ECF No. 88)*. The Court having reviewed the pertinent information and being duly advised on the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this 14th day of February 2017.

/s/ Marcia G. Cooke
HONARABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record